Jon DEINES, Respondent,

v.

CUSTOM LOG BUILDINGS/Uninsured, Respondent,

and

Black Bear Homes, Inc./Acuity Mutual Insurance Company, Relators,

and

SMDC Health System, Intervenor,

and

Special Compensation Fund.

No. A05–1316.

Supreme Court of Minnesota.

Sept. 29, 2005.

---

Charles E. Gillin, Thomas L. Cummings, Jardine, Logan & O'Brien, P.L.L.P., Lake Elmo, MN, for Employer/Insurer–Relators.

James W. Haskell, Haskell Law Firm, P.L.L.P., Bemidji, MN, for Employer–Respondent.

David R. Vail, Soderberg & Vail, L.L.C., Minneapolis, MN, for Employee–Respondent.

Wendy Schwartz, SMDC Health System, Duluth, MN, for Intervenor.

Mike Hatch, Attorney General, Rory H. Foley, Assistant Attorney General, St. Paul, MN, for Special Compensation Fund.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 6, 2005, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Sam Hanson
Associate Justice

ANDERSON, RUSSELL A., J., took no part in the consideration or decision of this case.